UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KATHI WEBSTER,                        )
                                      )
            Plaintiff,                )
                                      )
v.                                    )        No.:  3:13-CV-670-TAV-HBG
                                      )
WAL-MART STORES EAST, L.P.,           )
                                      )
            Defendant.                )

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously herewith, the Court hereby **GRANTS** defendant Wal-Mart's motion for summary judgment [Doc. 15] and directs the Clerk of Court to **CLOSE** this case.

IT IS SO ORDERED.


                                      s/ Thomas A. Varlan
                                      CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

     s/ Debra C. Poplin
     CLERK OF COURT